1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ACADIA SENESE (CABN 251287)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone:(415) 436-6809
7      Fax:  (415) 436-7234
       Email: acadia.senese@usdoj.gov
8
   Attorneys for the United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                               SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )   CR No. 09-0753 MAG
                                    )
14         Plaintiff,                )
                                    )   STIPULATION AND
15     v.                           )   ORDER EXCLUDING TIME UNDER THE
                                    )   SPEEDY TRIAL ACT FROM AUGUST
16 IRMA MELISSA CORDOVA,            )   27, 2009 TO SEPTEMBER 1, 2010
                                    )
17                                  )
           Defendant.                )
18 _____  )

19     On August 27, 2009 the parties in this case appeared before the Honorable Edward M. Chen

20 for an initial appearance. At that time, the parties stipulated that time should be excluded from

21 the Speedy Trial Act calculation from August 27, 2009 to September 1, 2010 for the defendant to

22 demonstrate good conduct. The parties represented that granting the continuance was for the

23 reasonable time necessary for effective preparation of defense counsel, taking into account the

24 exercise of due diligence.  See  18 U.S.C. § 3161(h)(2) and 18 U.S.C. § 3161(h)(7)(A)  The

25 parties also agreed that the ends

26 //

27 //

28 //

Proposed Stipulation and Order
CR No. 09-0753 MAG                        1

of justice served by granting such a continuance outweighed the best interests of the public and the of defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 9/11/09              /s/
ACADIA L. SENESE
Special Assistant United States Attorney

DATED: 9/4/09               /s/
STEVEN KALAR
Attorney for Irma Melissa Cordova

   IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from July 27, 2009, to August 26, 2009, under 18 U.S.C. § 3161(h)(2).

IT IS SO ORDERED.

DATED: 9/29/09
THE HON. EDWARD M. CHEN
Chief United States Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California*