1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6809
7      Fax: (415) 436-7234
       Email:   Acadia.Senese@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**
JUN 28 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,         )   No. CR 09-0753 EMC
                                      )
15       Plaintiff,                   )
                                      )   **MOTION AND [PROPOSED] ORDER**
16       v.                           )   **TO DISMISS INFORMATION**
                                      )
17  IRMAN MELISSA CORDOVA,            )
                                      )
18       Defendant.                   )
                                      )
19  ─────────────────────────────

20       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21  United States Attorney for the Northern District of California moves to dismiss the above

22  Information with prejudice as to defendant Irman Melissa Cordova. The government has been

23  //
24  //
25  //
26  //
27  //
28  //

Motion and [Proposed] Order to Dismiss Information
CR 09-0753 MAG EC

1 | informed by United States Pretrial Services Officer Kenneth J. Gibson that the defendant Irman
2 | Melissa Cordova has successfully completed pretrial diversion.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:      6/25/10                              /S/
                                         ACADIA L. SENESE
                                         Special Assistant United States Attorney

The Court hereby grants leave to dismiss the above Information with prejudice.

Dated: 6/28/10

THE HON. EDWARD M. CHEN
United States Magistrate Judge

Motion and [Proposed] Order to Dismiss Information
CR 09-0753 MAG EC                           2